## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION


UNITED STATES OF AMERICA,      )
                                          )
                 Plaintiff,      )
                                          )
      vs.                         )     No.  13-03114-01-CR-S-GAF
                                          )
RONALD BUNN,                     )
                                          )
                Defendant.     )


## <u>ACCEPTANCE OF PLEA OF GUILTY AND</u>
## <u>ADJUDICATION OF GUILT</u>


Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Two contained in the Information filed on November 12, 2013, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense.   Sentencing will be set by subsequent Order of the Court.


 

                                          */s/ Gary A. Fenner*
                                       **GARY A. FENNER**
                                        **UNITED STATES DISTRICT JUDGE**


Date:   December 2, 2013